# No. 24-30359

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

State of Louisiana, et al.,

*Plaintiffs-Appellants*,

v.

Pamela J. Bondi[1], In Her Official Capacity as Attorney General of The United States, et al.,

*Defendants-Appellees*,

On Appeal from the United States District Court
for the Western District of Louisiana, Case No. 6:22-cv-01130

## MOTION TO HOLD CASE IN ABEYANCE

| | |
|---|---|
| YAAKOV M. ROTH<br>*Acting Assistant*<br>*Attorney General* | BRIAN C. WARD<br>*Acting Assistant Director*<br>ELISSA P. FUDIM<br>*Trial Attorney*<br>U.S. Department of Justice, Civil Division<br>Office of Immigration Litigation,<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044 |

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Ms. Bondi has been substituted for Merrick Garland as a defendant in this action.

Defendant-Appellees (the government) respectfully move the Court for an order holding this case in abeyance. Plaintiff-Appellants do not consent to this relief. This appeal concerns a rule promulgated by the Departments of Justice and Homeland Security, referred to as *Procedures for Credible Fear Screening and Consideration of Asylum, Withholding of Removal, and CAT Protection Claims by Asylum Officers*, 87 Fed. Reg. 18078 (Mar. 29, 2022) (IFR). The district court for the Western District of Louisiana dismissed the Plaintiff-States' challenge to the IFR for lack of standing. This appeal followed.

The government submits that there is good cause to grant this request. The Department of Homeland Security (DHS) is actively considering rescinding or modifying the IFR at issue in this case. DHS intends to include language to this effect in the next Unified Regulatory Agenda that will be published this summer. Because the IFR may be rescinded or modified, this appeal may become moot. Accordingly, to preserve judicial and party resources, Defendant-Appellees request this Court hold this case in abeyance.

Accordingly, the government respectfully requests this Court hold this case in abeyance. The parties will promptly notify the Court upon publication of the Unified Regulatory Agenda.

April 28, 2025

Respectfully submitted,

*/s/ Elissa Fudim*
ELISSA P. FUDIM
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation,
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 598-6073
Email: elissa.p.fudim@usdoj.gov