No. 24-30359
# In the United States Court of Appeals for the Fifth Circuit

STATE OF LOUISIANA; STATE OF MISSOURI; STATE OF ARKANSAS; STATE OF FLORIDA; STATE OF GEORGIA; STATE OF IDAHO; STATE OF KANSAS; COMMONWEALTH OF KENTUCKY; STATE OF MISSISSIPPI; STATE OF MONTANA; STATE OF NEBRASKA; STATE OF OKLAHOMA; STATE OF SOUTH CAROLINA; STATE OF UTAH; STATE OF WEST VIRGINIA; STATE OF ALABAMA; STATE OF INDIANA; STATE OF WYOMING,

*Plaintiffs-Appellants*,

v.

PAMELA BONDI, U.S. ATTORNEY GENERAL; UNITED STATES DEPARTMENT OF JUSTICE; MARY CHENG, IN HER OFFICIAL CAPACITY AS ACTING DIRECTOR OF THE EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; EXECUTIVE OFFICE OF IMMIGRATION REVIEW; KRISTI NOEM, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; TROY MILLER, SENIOR OFFICIAL PERFORMING THE DUTIES OF THE COMMISSIONER, U.S. CUSTOMS AND BORDER PROTECTION; UNITED STATES CUSTOMS AND BORDER PROTECTION; PATRICK J. LECHLEITNER, SENIOR OFFICIAL PERFORMING THE DUTIES OF DIRECTOR OF UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; KIKA SCOTT, ACTING DIRECTOR OF U.S. CITIZENSHIP AND IMMIGRATION SERVICES; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; RAUL ORTIZ, IN HIS OFFICIAL CAPACITY AS CHIEF OF UNITED STATES BORDER PATROL; UNITED STATES BORDER PATROL; UNITED STATES OF AMERICA,

*Defendants-Appellees*,

On Appeal from the United States District Court
for the Western District of Louisiana
No. 6:22-cv-01130

## RESPONSE TO MOTION FOR ABEYANCE

The State Appellants oppose the Motion to Hold Case in Abeyance filed by the Government. The narrow issue on appeal is whether the States have standing to challenge what the district court agreed was "the Executive Branch [] act[ing] unlawfully in issuing the Asylum IFR." ROA.12910. There is no need delay that answer—for the States, 3 years has been long enough. The Court should order the remaining briefing schedule, hear argument if necessary, and promptly resolve the narrow jurisdictional issue presented. That resolution will either dispose of this case or allow the States to return to the district court to seek a final judgment from the unlawful Asylum IFR.

Nor does the Government provide enough for its open-ended abeyance. The Government has committed that it is "considering" a rule change and "intends" to note that consideration in the next Unified Regulatory Agenda. After, the IFR "may be rescinded or modified" at some point—notwithstanding how many years it will likely take to promulgate and finalize a new rule while the IFR remains in effect. Respectfully, that is cold comfort when the district court has already

1

recognized the IFR's unlawfulness and an exceptionally important issue of State standing hangs in the balance on appeal. The Court should deny the motion.

Alternatively, if the Court is inclined to grant the abeyance, the States respectfully request that the Court grant the abeyance for just 30 days and order the Government to file a status report clarifying whether it will rescind or maintain the rule. *See Utah v. Chavez-DeRemer*, No. 23-11097, ECF No. 330 (Apr. 28, 2025).

## CONCLUSION

The Court should deny the Government's motion to hold this case in abeyance or, at the least, grant the motion only in part to allow the Government to state affirmatively its position to rescind or maintain the rule—or file its opposition briefing if it cannot.

Date: May 9, 2025

STEVE MARSHALL
  Attorney General of Alabama
EDMUND G. LACOUR JR.
  Solicitor General
Office of the Attorney General
State of Alabama
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Tel: (334) 242-7300
Edmund.Lacour@alabamaag.gov

*Counsel for State of Alabama*

TIM GRIFFIN
  Arkansas Attorney General
AUTUMN HAMIT PATTERSON
  Solicitor General
323 Center Street, Suite 200
Little Rock, Arkansas 72201
Tel: (501) 682-2007
Autumn.Patterson@arkansasag.gov

*Counsel for State of Arkansas*

CHRISTOPHER M. CARR
  Attorney General Of Georgia
STEPHEN J. PETRANY
  Solicitor General
Georgia Department of Law
40 Capitol Square SW
Atlanta, Georgia 30334
Tel: (404) 458-3408
Spetrany@law.ga.gov

*Counsel for State of Georgia*

Respectfully Submitted,
By: */s/ Zachary Faircloth*

ELIZABETH B. MURRILL
  Louisiana Attorney General
J. BENJAMIN AGUIÑAGA
  Solicitor General
ZACHARY FAIRCLOTH
  Principal Deputy Solicitor General
Louisiana Department of Justice
1885 N. Third Street
Baton Rouge, Louisiana 70802
Tel: (225) 326-6705
Fax: (225) 326-6297
AguinagaJ@ag.louisiana.gov
FairclothZ@ag.louisiana.gov

*Counsel for State of Louisiana*

ANDREW BAILEY
  Attorney General of Missouri
MARIA LANAHAN
  Deputy Solicitor General
Attorney General Office of Missouri
815 Olive St., Ste. 200
St. Louis, Missouri 63101
Tel: (314) 340-4978
Maria.Lanahan@ago.mo.gov

*Counsel for State of Missouri*

THEODORE E. ROKITA
  Indiana Attorney General
BETSY M. DENARDI
  Special Counsel Of Complex Litigation
Office of the Indiana Attorney General
302 W. Washington St.
Indiana Government Center South - 5th Floor
Indianapolis, Indiana 46204
Tel: (317) 232-6231
Betsy.Denardi@atg.in.gov

*Counsel for State of Indiana*

RUSSELL COLEMAN
  Attorney General Of Kentucky
MATTHEW F. KUHN
  Solicitor General
Kentucky Office of the
Attorney General
700 Capital Avenue, Suite 118
Frankfort, Kentucky 40601
Tel: (502) 696-5300
Matt.Kuhn@ky.gov

*Counsel for Commonwealth of Kentucky*

JAMES UTHMEIER
  Attorney General of Florida
JEFFREY DESOUSA
  Acting Solicitor General of Florida
Office of the Florida Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
Tel: (850) 414-3300
jeffrey.desousa@myfloridalegal.com

*Counsel for State of Florida*

RAÚL LABRADOR
  Attorney General of Idaho
ALAN HURST
  Solicitor General
MICHAEL ZARIAN
  Deputy Solicitor General
Office of the Idaho Attorney General
700 W. Jefferson Street, Ste. 210
P.O. Box 83720
Boise, Idaho 83720
Tel: (208) 334-2400
Michael.Zarian@ag.idaho.gov

*Counsel for State of Idaho*

KRIS KOBACH
  Attorney General
ANTHONY J. POWELL
  Solicitor General
Office of the Kansas Attorney General
120 SW Tenth Ave., 3rd Floor
Topeka, Kansas 66612-1597
Tel: (785) 368-8539
Dwight.Carswell@ag.ks.gov

*Counsel for State of Kansas*

4

LYNN FITCH
   Attorney General Of Mississippi
JUSTIN L. MATHENY
   Deputy Solicitor General
Mississippi Attorney General's Office
P.O. Box 220
Jackson, Mississippi 39205-0220
Tel: (601) 359-3680
Justin.Matheny@ago.ms.gov

*Counsel for State of Mississippi*

GENTNER DRUMMOND
   Oklahoma Attorney General
GARRY M. GASKINS, II
   Solicitor General
ZACH WEST
   Director of Special Litigation
Office of Attorney General
State of Oklahoma
313 N.E. 21st Street
Oklahoma City, Oklahoma 73105
Tel: (405) 521-3921
Garry.Gaskins@oag.ok.gov
Zach.West@oag.ok.gov

*Counsel for State of Oklahoma*

AUSTIN KNUDSEN
   Attorney General
CHRISTIAN B. CORRIGAN
   Solicitor General
PETER M. TORSTENSEN, JR.
   Deputy Solicitor General
Montana Department Of Justice
215 N Sanders Street
Helena, Montana 59601
Tel: (406) 444-2707
Christian.Corrigan@mt.gov
Peter.Torstensen@mt.gov

*Counsel for State of Montana*

MICHAEL T. HILGERS
   Attorney General
CODY BARNETT
   Solicitor General
ZACHARY A. VIGLIANCO*
   Deputy Solicitor General
Office of the Nebraska Attorney General
2115 State Capitol
Lincoln, Nebraska 68509
Tel: (402) 471-2683
Zachary.Viglianco@nebraska.gov

*Counsel for State of Nebraska*

ALAN WILSON
   South Carolina Attorney General
THOMAS T. HYDRICK
   Assistant Deputy Solicitor General
South Carolina Office of the Attorney General
Post Office Box 11549
Columbia, South Carolina 29211
Tel: (803) 734-4127
Thomashydrick@scag.Gov

*Counsel for State of South Carolina*

BRIDGET HILL
   Attorney General Of Wyoming
RYAN SCHELHAAS
   Chief Deputy Attorney General
Office of the Wyoming Attorney General
109 State Capitol
Cheyenne, WY 82002
Tel: (307) 777-5786
Ryan.Schelhaas@wyo.gov

*Counsel for State of Wyoming*

DEREK BROWN
   Utah Attorney General
STANFORD PURSER
   Utah Solicitor General
Utah Office of the Attorney General
350 N. State Street, Suite 230
P.O. Box 142320
Salt Lake City, Utah 84114-2320
Tel: (801) 538-9600
SPurser@agutah.gov

*Counsel for State of Utah*

J.B. MCCUSKEY
   Attorney General
MICHAEL R. WILLIAMS
   Solicitor General
Office of the West Virginia Attorney General
State Capitol, Bldg 1, Room E-26
Charleston, WV 25305
Tel: (681) 313-4550
Michael.R.Williams@wvago.gov

*Counsel for State of West Virginia*

**CERTIFICATE OF SERVICE**

I certify that on May 9, 2025, I filed the foregoing brief with the Court's CM/ECF system, which will automatically send an electronic notice of filing to all counsel of record.

*/s/ Zachary Faircloth*
ZACHARY FAIRCLOTH
