# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
August 14, 2025
Lyle W. Cayce
Clerk

No. 24-30359

---

STATE OF LOUISIANA; STATE OF MISSOURI; STATE OF ARKANSAS; STATE OF FLORIDA; STATE OF GEORGIA; STATE OF IDAHO; STATE OF KANSAS; COMMONWEALTH OF KENTUCKY; STATE OF MISSISSIPPI; STATE OF MONTANA; STATE OF NEBRASKA; STATE OF OKLAHOMA; STATE OF SOUTH CAROLINA; STATE OF UTAH; STATE OF WEST VIRGINIA; STATE OF ALABAMA; STATE OF INDIANA; STATE OF WYOMING,

*Plaintiffs—Appellants,*

*versus*

PAMELA BONDI, *U.S. Attorney General*; UNITED STATES DEPARTMENT OF JUSTICE; MARY CHENG, *in her official capacity as Acting Director of the Executive Office for Immigration Review*; EXECUTIVE OFFICE OF IMMIGRATION REVIEW; KRISTI NOEM, *Secretary, U.S. Department of Homeland Security*; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; TROY MILLER, *Senior Official Performing the Duties of the Commissioner, U.S. Customs and Border Protection*; UNITED STATES CUSTOMS AND BORDER PROTECTION; PATRICK J. LECHLEITNER, *Senior Official Performing the Duties of Director of United States Immigration and Customs Enforcement*; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; ANGELICA ALFONSO-ROYALS, *Acting Director of U.S. Citizenship and Immigration Services*; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; RAUL ORTIZ, *in his official capacity as Chief of United States Border Patrol*; UNITED STATES BORDER PATROL; UNITED STATES OF AMERICA,

*Defendants—Appellees.*

Appeal from the United States District Court
for Western District of Louisiana
USDC No. 6:22-CV-1130

ORDER:

    IT IS ORDERED that Appellees' opposed motion to extend the stay of this case for an additional thirty days is GRANTED.

                                    /s/ Edith H. Jones
                                    EDITH H. JONES
                                    *United States Circuit Judge*