# No. 24-30359

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

State of Louisiana, et al.,

*Plaintiffs-Appellants*,

v.

Pamela J. Bondi, In Her Official Capacity as Attorney General of The United States, et al.,

*Defendants-Appellees*,

On Appeal from the United States District Court
for the Western District of Louisiana, Case No. 6:22-cv-01130

## MOTION TO HOLD CASE IN ABEYANCE

BRETT SHUMATE
*Assistant Attorney General*

BRIAN C. WARD
*Acting Assistant Director*
U.S. Department of Justice, Civil Division
Office of Immigration Litigation,
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044

ELISSA P. FUDIM
*Trial Attorney*

Defendant-Appellees (the government) respectfully move the Court for an order holding this case in abeyance. Plaintiff-Appellants oppose this motion. This appeal concerns a rule promulgated by the Departments of Justice and Homeland Security, referred to as *Procedures for Credible Fear Screening and Consideration of Asylum, Withholding of Removal, and CAT Protection Claims by Asylum Officers*, 87 Fed. Reg. 18078 (Mar. 29, 2022) (IFR). The district court for the Western District of Louisiana dismissed the Plaintiff-States' challenge to the IFR for lack of standing. This appeal followed.

On April 28, 2025, the government moved this Court for an order holding this case in abeyance. The basis of the motion was to advance judicial economy. Specifically, the government noted that the Department of Homeland Security (DHS) was actively considering rescinding or modifying the IFR and intended to include language to this effect in the next Unified Regulatory Agenda to be published this summer. On May 12, 2025, the Court issued an order holding this case in abeyance for 60 days, and subsequently granted the government's motions to extend that abeyance. The government now respectfully asks the Court to continue to hold this case in abeyance to allow the Departments to modify or rescind the IFR.

There is good cause to grant this request. The Departments have now confirmed in the Unified Regulatory Agenda that they intend to "consider rescinding or modifying this rulemaking," and list an anticipated timetable of December 2025.

*See* Regulation Identifier Number 1615-AC67, OMB Unified Agenda of Regulatory and Deregulatory Actions, https://www.reginfo.gov/public/do/eAgendaViewRule?pubId=202504&RIN=1615-AC67. Because the IFR may be rescinded or modified, this appeal may become moot. Accordingly, to preserve judicial and party resources, Defendant-Appellees request this Court continue to hold this case in abeyance and extend the stay of all briefing deadlines.

September 12, 2025

Respectfully submitted,

*/s/ Brian C. Ward*
BRIAN C. WARD
Acting Assistant Director
U.S. Department of Justice, Civil Division
Office of Immigration Litigation,
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 616-9121
Email: brian.c.ward@usdoj.gov

*Counsel for Appellees*