# No. 24-30359

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

State of Louisiana, et al.,

*Plaintiffs-Appellants*,

v.

Pamela J. Bondi[1], In Her Official Capacity as Attorney General of The United States, et al.,

*Defendants-Appellees*,

On Appeal from the United States District Court
for the Western District of Louisiana, Case No. 6:22-cv-01130

## MOTION FOR WITHDRAWAL OF COUNSEL

| | |
|---|---|
| BRETT SHUMATE<br>*Assistant Attorney General* | BRIAN C. WARD<br>*Acting Assistant Director*<br>ELISSA P. FUDIM<br>*Trial Attorney*<br>U.S. Department of Justice, Civil Division<br>Office of Immigration Litigation,<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044 |

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Ms. Bondi has been substituted for Merrick Garland as a defendant in this action.

Defendants hereby move the Court, on consent, for an order withdrawing the following attorneys from this case: Erin Ryan, Erez Reuveni. The basis for this request is that these attorneys no longer work for the U.S. Department of Justice. Undersigned counsel, Elissa P. Fudim, previously entered her appearance and will continue to represent the Defendants in this matter. Accordingly, Defendants respectfully request the Court permit the withdrawal from the docket of the aforementioned attorneys.

September 25, 2025                    Respectfully submitted,

/s/ Elissa Fudim
ELISSA P. FUDIM
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation,
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 598-6073
Email: elissa.p.fudim@usdoj.gov