# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

October 6, 2025

Lyle W. Cayce
Clerk

No. 24-30359

———————————

STATE OF LOUISIANA; STATE OF MISSOURI; STATE OF
ARKANSAS; STATE OF FLORIDA; STATE OF GEORGIA; STATE OF
IDAHO; STATE OF KANSAS; COMMONWEALTH OF KENTUCKY;
STATE OF MISSISSIPPI; STATE OF MONTANA; STATE OF
NEBRASKA; STATE OF OKLAHOMA; STATE OF SOUTH
CAROLINA; STATE OF UTAH; STATE OF WEST VIRGINIA; STATE
OF ALABAMA; STATE OF INDIANA; STATE OF WYOMING,

*Plaintiffs—Appellants,*

*versus*

PAMELA BONDI, *U.S. Attorney General*; UNITED STATES
DEPARTMENT OF JUSTICE; MARY CHENG, *in her official capacity as
Acting Director of the Executive Office for Immigration Review*; EXECUTIVE
OFFICE OF IMMIGRATION REVIEW; KRISTI NOEM, *Secretary, U.S.
Department of Homeland Security*; UNITED STATES DEPARTMENT OF
HOMELAND SECURITY; TROY MILLER, *Senior Official Performing the
Duties of the Commissioner, U.S. Customs and Border Protection*; UNITED
STATES CUSTOMS AND BORDER PROTECTION; PATRICK J.
LECHLEITNER, *Senior Official Performing the Duties of Director of United
States Immigration and Customs Enforcement*; UNITED STATES
IMMIGRATION AND CUSTOMS ENFORCEMENT; ANGELICA
ALFONSO-ROYALS, *Acting Director of U.S. Citizenship and Immigration
Services*; UNITED STATES CITIZENSHIP AND IMMIGRATION
SERVICES; RAUL ORTIZ, *in his official capacity as Chief of United States
Border Patrol*; UNITED STATES BORDER PATROL; UNITED STATES
OF AMERICA,

*Defendants—Appellees.*

———————————————————————

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 6:22-CV-1130

———————————————————————

ORDER:

    IT IS ORDERED that Appellees' opposed motion to extend the stay of this case with an anticipated timetable of December 2025 is GRANTED.

_____
Edith H. Jones
*United States Circuit Judge*