# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 17, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-30359   State of Louisiana v. Bondi
                USDC No. 6:22-CV-1130

The court has granted the motion of Brian C. Ward to withdraw as counsel in this case.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: _____
                Roeshawn Johnson, Deputy Clerk
                504-310-7998

Mr. Jorge Benjamin Aguinaga
Mr. Louis Joseph Capozzi III
Mr. Zachary Faircloth
Ms. Elissa P. Fudim
Mr. Allen Huang
Mr. Alan M. Hurst
Mr. Matthew F. Kuhn
Ms. Elizabeth Baker Murrill
Ms. Autumn Hamit Patterson
Mr. Stanford E. Purser
Mr. William James Seidleck
Mr. Brian Christopher Ward
Mr. Michael Ray Williams