No. 24-30359

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

State of Louisiana; State of Missouri; State of Arkansas; State of Florida; State of Georgia; State of Idaho; State of Kansas; Commonwealth of Kentucky; State of Mississippi; State of Montana; State of Nebraska; State of Oklahoma; State of South Carolina; State of Utah; State of West Virginia; State of Alabama; State of Indiana; State of Wyoming,

*Plaintiffs-Appellants,*

v.

Pamela Bondi, U.S. Attorney General; United States Department of Justice; Mary Cheng, in her official capacity as Acting Director of the Executive Office for Immigration Review; Executive Office of Immigration Review; Kristi Noem, Secretary, U.S. Department of Homeland Security; United States Department of Homeland Security; Troy Miller, Senior Official Performing the Duties of the Commissioner, U.S. Customs and Border Protection; United States Customs and Border Protection; Patrick J. Lechleitner, Senior Official Performing the Duties of Director of United States Immigration and Customs Enforcement; United States Immigration and Customs Enforcement; Angelica Alfonso-Royals, Acting Director of U.S. Citizenship and Immigration Services; United States Citizenship and Immigration Services; Raul Ortiz, in his official capacity as Chief of United States Border Patrol; United States Border Patrol; United States of America,

*Defendants-Appellees.*

On Appeal from the United States District Court
for the Western District of Louisiana, No. 6:22-cv-01130

**MOTION FOR LEAVE TO FILE OUT OF TIME BRIEF FOR *AMICUS CURIAE* FEDERATION FOR AMERICAN IMMIGRATION REFORM IN SUPPORT OF PLAINTIFFS-APPELLANTS**

*Counsel Listed on Next Page*

**MATT A. CRAPO**
**Federation for American Immigration Reform**
**25 Massachusetts Ave., NW, Suite 330**
**Washington, DC 20001**
**Telephone: (202) 328-7004**
**mcrapo@fairus.org**

**Attorneys for *Amicus Curiae***
**Federation for American Immigration Reform**

## SUPPLEMENTAL STATEMENT OF INTERESTED PERSONS

Pursuant to Fifth Circuit Rule 28.2.1 and Fed. R. App. P. 26.1, undersigned counsel of record certifies that the following listed persons and entities as described in the fourth sentence of Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this court may evaluate possible disqualification or recusal:

1) For non-governmental corporate parties please list all parent corporations: None.

2) For non-governmental corporate parties please list all publicly held companies that hold 10% or more of the party's stock: None.

3) The following entity has an interest in the outcome of this case: Federation for American Immigration Reform.

DATED: November 25, 2025          Respectfully submitted,

/s/ Matt Crapo

Movant Federation for American Immigration Reform ("FAIR") respectfully requests the Court's permission to file out of time the attached brief as *amicus curiae* in support of Plaintiffs-Appellants. The Plaintiff-Appellant States have "no objection" to this motion and Appellees take "no position."

FAIR is a non-profit 501(c)(3) public interest organization dedicated to informing the public about the effects of both unlawful and lawful immigration, and to defending in court the interests of Americans in limiting overall immigration, enhancing border security, and ending illegal immigration.

FAIR seeks leave to file the attached brief out of time to invite the Court's attention to the passage and applicability of the Laken Riley Act, a statute enacted after the issuance of the judgment below and two months after the filing of Appellants' opening brief. As the attached brief notes, the Laken Riley Act directs courts to "advance on the docket and expedite the disposition … to the greatest extent practicable" of cases such as this one, involving an alleged violation of the detention and removal requirements of the expedited removal statute.

This issue is relevant to this Court's actions in this appeal, and thus the accompanying brief may aid the Court.

For the foregoing reasons, FAIR requests that the Court grant this motion for leave to file out of time the accompanying brief as *amicus curiae.*

DATED: November 25, 2025    Respectfully submitted,

/s/ Matt Crapo
MATT A. CRAPO
Federation for American Immigration Reform
25 Massachusetts Ave., NW, Suite 330
Washington, DC  20001
Telephone: (202) 328-7004
mcrapo@fairus.org

Attorneys for *Amicus Curiae*
Federation for American Immigration Reform

## CERTIFICATE OF SERVICE

I certify that on November 25, 2025, I electronically filed the foregoing motion for leave to file an *amicus* brief with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

/s/ Matt Crapo

## CERTIFICATE OF COMPLIANCE

The foregoing motion complies with Fed. R. App. P. 27(d)(2)(A) because it contains 221 words, as measured by Microsoft Word software. The motion also complies with the typeface and style requirements of Fed. R. App. P. 32(a)(5) & 32(a)(6) because it has been prepared in a proportionally spaced, Roman-style typeface of 14 points or more.

DATED: November 25, 2025            Respectfully submitted,

/s/ Matt Crapo