# United States Court of Appeals

**FIFTH CIRCUIT
OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130**

January 09, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-30359   State of Louisiana v. Bondi
                  USDC No. 6:22-CV-1130

Enclosed is an order entered in this case.


Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Shatyra Rasheed, Deputy Clerk

Mr. Jorge Benjamin Aguinaga
Mr. Alexander Barrett Bowdre
Mr. Louis Joseph Capozzi III
Mr. Matt A. Crapo
Mr. Zachary Faircloth
Ms. Elissa P. Fudim
Mr. Allen Huang
Mr. Alan M. Hurst
Mr. Matthew F. Kuhn
Ms. Elizabeth Baker Murrill
Ms. Autumn Hamit Patterson
Mr. Stanford E. Purser
Mr. William James Seidleck
Mr. Michael Ray Williams