# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | |
|---|---|
| STATE OF LOUISIANA, et al.,<br><br>*Appellants*,<br><br>v.<br><br>PAMELA J. BONDI, in her official capacity as Attorney General of the United States et al.,<br><br>*Appellees*. | No. 24-30359 |

## MOTION TO WITHDRAW

The undersigned attorney for Appellant State of Idaho respectfully requests that this Court withdraw the appearances of Alan M. Hurst as counsel in the above captioned case because he is ending his service with the State of Idaho. The State of Idaho will continue to be represented by Michael A. Zarian.

Dated: January 30, 2026

Respectfully submitted,

/s/ *Alan M. Hurst*
Alan M. Hurst
Solicitor General
Office of the Idaho Attorney General
700 W. Jefferson St. Ste. 210
Boise, ID 83720
208-947-8773
alan.hurst@ag.idaho.gov

1

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2026, I electronically filed the foregoing using the CM/ECF system which will send notification of such filing to everyone requiring notice.

*/s/ Alan M. Hurst*
Alan M. Hurst
