# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 02, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 24-30359   State of Louisiana v. Bondi
              USDC No. 6:22-CV-1130

The court has taken the following action in this case: GRANTING the motion to withdraw as counsel Attorney Alan M. Hurst as counsel for the State of Idaho.

Mr. Hurst will no longer receive further orders, correspondence, etc. regarding this appeal.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Shatyra Rasheed, Deputy Clerk
504-310-7646

Mr. Jorge Benjamin Aguinaga
Mr. Alexander Barrett Bowdre
Mr. Louis Joseph Capozzi III
Mr. Matt A. Crapo
Mr. Zachary Faircloth
Ms. Elissa P. Fudim
Mr. Allen Huang
Mr. Matthew F. Kuhn
Ms. Elizabeth Baker Murrill
Ms. Autumn Hamit Patterson
Mr. Stanford E. Purser
Mr. William James Seidleck
Mr. Michael Ray Williams
Mr. Michael Zarian