# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 25, 2026

Mr. Jorge Benjamin Aguinaga
Louisiana Department of Justice
1885 N. 3rd Street
Baton Rouge, LA 70802

Mr. Alexander Barrett Bowdre
Office of the Attorney General
for the State of Alabama
501 Washington Avenue
Montgomery, AL 36104-0000

Mr. Louis Joseph Capozzi III
Office of The Missouri Attorney General
815 Olive Street
Suite 200
Saint Louis, MO 63101-1510

Mr. Matt A. Crapo
Federation for American Immigration Reform
25 Massachusetts Avenue, N.W.
Suite 330
Washington, DC 20001

Mr. Zachary Faircloth
Louisiana Department of Justice
Federalism Division
1885 N. 3rd Street
Baton Rouge, LA 70802

Ms. Elissa P. Fudim
U.S. Department of Justice
Civil Division
P.O. Box 868
Ben Franklin Station
Washington, DC 20044-0868

Mr. Allen Huang
Florida Office of the Attorney General
Office of the Solicitor General
3507 E. Frontage Road
Suite 200

Tampa, FL 33607


Mr. Matthew F. Kuhn
Office of the Attorney General
Office of the Solicitor General
1024 Capital Center Drive
Frankfort, KY 40601


Ms. Elizabeth Baker Murrill
Office of the Attorney General
for the State of Louisiana
P.O. Box 94005
Baton Rouge, LA 70804-9005


Ms. Autumn Hamit Patterson
Office of the Attorney General
for the State of Arkansas
101 West Capitol Avenue
Suite 200
Little Rock, AR 72201-0000


Mr. Stanford E. Purser
Office of the Attorney General
for the State of Utah
160 E. 300, S.
5th Floor
Salt Lake City, UT 84111


Mr. William James Seidleck
Office of The Missouri Attorney General
815 Olive Street
Suite 200
Saint Louis, MO 63101-1510


Mr. Michael Ray Williams
Office of the Attorney General
for the State of West Virginia
1900 Kanawha Boulevard, E.
State Capitol
Charleston, WV 25305-0000


Mr. Michael Zarian
Idaho Office of the Attorney General
700 W. Jefferson Street
P.O. Box 83720
Boise, ID 83720


  No. 24-30359   State of Louisiana v. Pamela Bondi, U.S. Attorney
                              General
                   USDC No. 6:22-CV-1130

Dear Counsel,

Attached is a revised case caption, which should be used on all future filings in this case. Kristi Noem has been replaced by Mark Wayne Mullin as the Secretary of Department of Homeland Security.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Shatyra Rasheed, Deputy Clerk
504-310-7646

_____

Case No. 24-30359

_____

State of Louisiana; State of Missouri; State of Arkansas; State of Florida; State of Georgia; State of Idaho; State of Kansas; Commonwealth of Kentucky; State of Mississippi; State of Montana; State of Nebraska; State of Oklahoma; State of South Carolina; State of Utah; State of West Virginia; State of Alabama; State of Indiana; State of Wyoming,

Plaintiffs - Appellants

v.

Pamela Bondi, U.S. Attorney General; United States Department of Justice; Mary Cheng, in her official capacity as Acting Director of the Executive Office for Immigration Review; Executive Office of Immigration Review; Markwayne Mullin, Secretary, U.S. Department of Homeland Security; United States Department of Homeland Security; Troy Miller, Senior Official Performing the Duties of the Commissioner, U.S. Customs and Border Protection; United States Customs and Border Protection; Patrick J. Lechleitner, Senior Official Performing the Duties of Director of United States Immigration and Customs Enforcement; United States Immigration and Customs Enforcement; Angelica Alfonso-Royals, Acting Director of U.S. Citizenship and Immigration Services; United States Citizenship and Immigration Services; Raul Ortiz, in his official capacity as Chief of United States Border Patrol; United States Border Patrol; United States of America,

Defendants - Appellees