# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

July 21, 2026

Lyle W. Cayce
Clerk

No. 24-30359

STATE OF LOUISIANA; STATE OF MISSOURI; STATE OF ARKANSAS; STATE OF FLORIDA; STATE OF GEORGIA; STATE OF IDAHO; STATE OF KANSAS; COMMONWEALTH OF KENTUCKY; STATE OF MISSISSIPPI; STATE OF MONTANA; STATE OF NEBRASKA; STATE OF OKLAHOMA; STATE OF SOUTH CAROLINA; STATE OF UTAH; STATE OF WEST VIRGINIA; STATE OF ALABAMA; STATE OF INDIANA; STATE OF WYOMING,

*Plaintiffs—Appellants*,

*versus*

TODD WALLACE BLANCHE, *Acting U.S. Attorney General*; UNITED STATES DEPARTMENT OF JUSTICE; MARY CHENG, *in her official capacity as Acting Director of the Executive Office for Immigration Review*; EXECUTIVE OFFICE OF IMMIGRATION REVIEW; MARKWAYNE MULLIN, *Secretary, U.S. Department of Homeland Security*; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; TROY MILLER, *Senior Official Performing the Duties of the Commissioner, U.S. Customs and Border Protection*; UNITED STATES CUSTOMS AND BORDER PROTECTION; PATRICK J. LECHLEITNER, *Senior Official Performing the Duties of Director of United States Immigration and Customs Enforcement*; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; ANGELICA ALFONSO-ROYALS, *Acting Director of U.S. Citizenship and Immigration Services*; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; RAUL ORTIZ, *in his official capacity as Chief of United States Border Patrol*; UNITED STATES BORDER PATROL; UNITED STATES OF AMERICA,

*Defendants—Appellees*.

No. 24-30359

_____

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 6:22-CV-1130

_____

ORDER:

IT IS ORDERED that Appellees' opposed motion to extend the stay for further proceedings pending the rescission of the IFR is GRANTED for three more months and no further extensions will be permitted.

_____
EDITH H. JONES
*United States Circuit Judge*