# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 12, 2026

Mr. Jorge Benjamin Aguinaga
Louisiana Department of Justice
1885 N. 3rd Street
Baton Rouge, LA 70802

Mr. Cody S. Barnett
Nebraska Attorney General's Office
1445 K Street
Suite 2115
Lincoln, NE 68508

Mr. Alexander Barrett Bowdre
Office of the Attorney General
for the State of Alabama
501 Washington Avenue
Montgomery, AL 36104-0000

Mr. Louis Joseph Capozzi III
Office of The Missouri Attorney General
815 Olive Street
Suite 200
Saint Louis, MO 63101-1510

Mr. Matt A. Crapo
Federation for American Immigration Reform
25 Massachusetts Avenue, N.W.
Suite 330
Washington, DC 20001

Mr. Zachary Faircloth
Louisiana Department of Justice
Federalism Division
1885 N. 3rd Street
Baton Rouge, LA 70802

Ms. Elissa P. Fudim
U.S. Department of Justice
Civil Division
P.O. Box 868
Ben Franklin Station
Washington, DC 20044-0868

Mr. Allen Huang
U.S. Department of Justice
Civil Rights Division
150 M Street, N.E.
4 Constitution Square
Suite 9.129
Washington, DC 20002


Mr. Matthew F. Kuhn
Office of the Attorney General
Office of the Solicitor General
1024 Capital Center Drive
Frankfort, KY 40601


Ms. Elizabeth Baker Murrill
Office of the Attorney General
for the State of Louisiana
P.O. Box 94005
Baton Rouge, LA 70804-9005


Ms. Autumn Hamit Patterson
Office of the Attorney General
for the State of Arkansas
101 West Capitol Avenue
Suite 200
Little Rock, AR 72201-0000


Mr. Stanford E. Purser
Office of the Attorney General
for the State of Utah
160 E. 300, S.
5th Floor
Salt Lake City, UT 84111


Mr. William James Seidleck
Office of The Missouri Attorney General
815 Olive Street
Suite 200
Saint Louis, MO 63101-1510


Mr. Michael Ray Williams
Office of the Attorney General
for the State of West Virginia
1900 Kanawha Boulevard, E.
Building 1
Charleston, WV 25305-0000


Mr. Michael Zarian
Idaho Office of the Attorney General
700 W. Jefferson Street

P.O. Box 83720
Boise, ID 83720

    No. 24-30359   State of Louisiana v. Blanche
                     USDC No. 6:22-CV-1130

Dear Counsel,

Attached is a revised case caption, which should be used on all
future filings in this case.

               Sincerely,

               LYLE W. CAYCE, Clerk

               *S. Rasheed*

By: _____
Shatyra Rasheed, Deputy Clerk
504-310-7646

_____

Case No. 24-30359

_____

State of Louisiana; State of Missouri; State of Arkansas; State of Florida; State of Georgia; State of Idaho; State of Kansas; Commonwealth of Kentucky; State of Mississippi; State of Montana; State of Nebraska; State of Oklahoma; State of South Carolina; State of Utah; State of West Virginia; State of Alabama; State of Indiana; State of Wyoming,

Plaintiffs - Appellants

v.

Todd Wallace Blanche, U.S. Attorney General; United States Department of Justice; Mary Cheng, in her official capacity as Acting Director of the Executive Office for Immigration Review; Executive Office of Immigration Review; Markwayne Mullin, Secretary, U.S. Department of Homeland Security; United States Department of Homeland Security; Troy Miller, Senior Official Performing the Duties of the Commissioner, U.S. Customs and Border Protection; United States Customs and Border Protection; Patrick J. Lechleitner, Senior Official Performing the Duties of Director of United States Immigration and Customs Enforcement; United States Immigration and Customs Enforcement; Angelica Alfonso-Royals, Acting Director of U.S. Citizenship and Immigration Services; United States Citizenship and Immigration Services; Raul Ortiz, in his official capacity as Chief of United States Border Patrol; United States Border Patrol; United States of America,

Defendants - Appellees